## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of Florida

Carol Wilding, et al

        Plaintiff(s),

VS.

DNC Services Corporation d/b/a Democratic National Committee, et al

        Defendant(s).

Attorney: Jared H. Beck

Beck & Lee Trial Lawyers
12485 SW 137th Ave., #205
Miami FL 33186


*206420*

Case Number: 16CV61511-Zloch/Hunt

Legal documents received by Same Day Process Service, Inc. on **08/31/2016** at **9:59 AM** to be served upon **DNC Services Corporation d/b/a Democratic National Committee at Perkins Coie, LLP, 700 13th St., NW, #600, Washington, DC 20005**

I, **Michael A. Coley**, swear and affirm that on **August 31, 2016** at **3:16 PM**, I did the following:

Served **DNC Services Corporation d/b/a Democratic National Committee** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Exhibits; CIvil Cover Sheet; Summonses in a Civil Action (unissued); First Amended Complaint** to **Jon Winovich** as **Secretary & Authorized Agent** of DNC Services Corporation d/b/a Democratic National Committee at Perkins Coie, LLP, 700 13th St., NW, #600 , Washington, DC 20005.

**Description of Person Accepting Service:**
Sex: Male Age: 53 Height: Over 6ft Weight: Over 200 lbs Skin Color: White Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Michael Coley_
**Michael A. Coley**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **206420**

District of Columbia: SS
Subscribed and Sworn to before me
this _1st_ day of _September_, _2016_

_Michael Molash_, Notary Public, D.C.
My commission expires July 14, 2017