UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-CV-61511-WJZ

| | |
|---|---|
| CAROL WILDING, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>DNC SERVICES CORP., d/b/a<br>DEMOCRATIC NATIONAL COMMITTEE,<br>et al.,<br><br>   Defendants. | |

**DECLARATION OF ELISABETH C. FROST IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

  I, ELISABETH C. FROST, declare as follows:

  I am an attorney with the law firm of Perkins Coie LLP, and am counsel for Defendants in this litigation. I have personal knowledge of the matters set forth below and am competent to testify.

  1. Attached as <u>Exhibit A</u> is a true and correct copy of an article written by Dan Merica, entitled "Sanders raised more than $1M after data breach, aide says," published on December 19, 2015. The article is accessible and available at http://www.cnn.com/2015/12/19/politics/bernie-sanders-dnc-data-fundraising (last visited Sept. 21, 2016).

  2. Attached as <u>Exhibit B</u> is a true and correct copy of the contribution report from the Federal Election Commission ("FEC Report") for contributions to Senator Bernie Sanders' Presidential Campaign (known as "Bernie 2016", hereinafter the "Sanders Campaign") from Richard Washik of Potsdam, New York. This FEC Report is accessible and available at http://www.fec.gov/finance/disclosure/advindsea.shtml by typing in "Washik" in the last name field and "Richard" in the first name field and selecting "New York" as the state (last visited Sept. 21, 2016).

3. Attached as Exhibit C is a true and correct copy of a screenshot of a post on Rick Washik's Facebook page published on December 19, 2015. The post is accessible and available at https://www.facebook.com/rwashik/posts/10206770232168825 (last visited Sept. 21, 2016).

4. Attached as Exhibit D is a true and correct copy of a petition from a website, www.change.org, linked to by the post designated as Exhibit C. The petition is accessible and available at https://www.change.org/p/debbie-wasserman-schultz-demand-debbie-wasserman-schultz-s-immediate-resignation-as-dnc-chair?recruiter=8784639&utm_source=share_petition&utm_medium=facebook&utm_campaign=share_facebook_responsive&utm_term=des-lg-petition_update-no_msg&fb_ref=Default (last visited Sept. 21, 2016).

5. Attached as Exhibit E is a true and correct copy of the FEC Report for contributions to the Sanders Campaign from Catherine Cyko of Aurora, Illinois, showing that she made her first reported contribution on February 28, 2016. This FEC Report is accessible and available at http://www.fec.gov/finance/disclosure/advindsea.shtml by typing in "Cyko" in the last name field and "Catherine" in the first name field and selecting "Illinois" as the state (last visited Sept. 21, 2016).

6. Attached as Exhibit F is a true and correct copy of a screenshot of a post on Catherine Cyko's Facebook page, published on February 11, 2016. The post is accessible and available at https://www.facebook.com/catherine.cyko/posts/1228302493850823 (last visited Sept. 21, 2016). In the "about" tab for the same Facebook account, Ms. Cyko's current city and hometown is listed as Aurora, Illinois.

7. Attached as Exhibit G is a true and correct copy of the FEC Report for contributions to the Sanders Campaign by Marlowe St. Cloud Primack of Mountain View, California, showing that she made her first reported contribution on March 8, 2016. This FEC Report is accessible and available at http://www.fec.gov/finance/disclosure/advindsea.shtml by typing in "Primack" in the last name field and "Marlowe" in the first name field and selecting "California" as the state (last visited Sept. 21, 2016).

8. Attached as Exhibit H is a true and correct copy of a screenshot of a post on Marlowe StCloud Primack's Facebook page, published on March 2, 2016. The post is accessible and available at https://www.facebook.com/marlowe.s.primack/posts/10207463215071799 (last visited Sept. 21, 2016).

9. Attached as Exhibit I is a true and correct copy of the FEC Report for contributions to the Sanders Campaign by Rosalie Consiglio of Columbia, Maryland, showing that she made her first reported contribution on February 20, 2016. This FEC Report is accessible and available at http://www.fec.gov/finance/disclosure/advindsea.shtml by typing in "Consiglio" in the last name field and "Rosalie" in the first name field and selecting "Maryland" as the state (last visited Sept. 21, 2016).

10. Attached as Exhibit J is a true and correct copy of a screenshot of a post on Rosalie Consiglio's Facebook page, published on February 12, 2016. The post is accessible and available at https://www.facebook.com/rosalie.consiglio/posts/10154732072298438 (last visited Sept. 21, 2016). In the "about" tab for the same Facebook account, Ms. Consiglio's last job is listed as being at an employer located in Columbia, Maryland.

11. Attached as Exhibit K is a true and correct copy of a screenshot of a post on Sean Lynch's Facebook page, published on June 17, 2016. The post is accessible and available at https://www.facebook.com/sean.lynch.79219/posts/634657356685346 (last visited Sept. 21, 2016). In the "about" tab for the same Facebook account, Mr. Lynch's job is listed as a "web administrator" for "bundberniedlegates.com," located in Winchester, Virginia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. EXECUTED this 21st day of September, 2016 in Washington, D.C.

*s/ Elisabeth C. Frost*
Elisabeth C. Frost

3