UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61511-CIV-ZLOCH

CAROL WILDING, et al.,

    Plaintiffs,

vs.

**CIVIL MINUTES**

DNC SERVICES CORP., and DEBORAH
WASSERMAN SCHULTZ,

    Defendants.
_____/


Date: April 25, 2017                     Judge: William J. Zloch
Court Reporter: Francine Salopeh    Courtroom Clerk: David Coulter
Counsel for Plaintiff: Bruce Spiva, Esq., and Mark Caramanica, Esq.
Counsel for Defendants: Jared Beck, Esq., Cullin O'Brien, Esq., and Beverly Virues, Esq.
Reason for Hearing: Defendants' Motion To Dismiss Plaintiffs' First Amended Complaint (DE 44)
Result of Hearing: Court heard oral argument from Parties regarding the Motion (DE 44).
CASE CONTINUED TO_____ TIME_____ FOR_____