UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 16-cv-61511-WJZ

CAROL WILDING, *et al.*, individually,
and on behalf of all those similarly
situated,

       Plaintiffs,

vs.

DNC SERVICES CORPORATION, d/b/a
DEMOCRATIC NATIONAL
COMMITTEE, and DEBORAH
"DEBBIE" WASSERMAN SCHULTZ,

       Defendants.

## <u>NOTICE OF FILING E-MAIL</u>

Plaintiffs, by and through undersigned counsel, hereby file an e-mail, with attachments,

sent today by Elizabeth Lee Beck, Esq., counsel for the Plaintiffs, to counsel for the Defendants,

DNC Services Corporation and Deborah "Debbie" Wasserman Schultz.

*~signature page follows~*

DATED: June 1, 2017                    RESPECTFULLY SUBMITTED,


                                       /s/ Elizabeth Lee Beck
                                       By: Elizabeth Lee Beck

                                       BECK & LEE TRIAL LAWYERS
                                       JARED H. BECK
                                       Florida Bar No. 20695
                                       ELIZABETH LEE BECK
                                       Florida Bar No. 20697
                                       BEVERLY VIRUES
                                       Florida Bar No. 123713
                                       Corporate Park at Kendall
                                       12485 SW 137th Ave., Suite 205
                                       Miami, Florida 33186
                                       Telephone:    (305) 234-2060
                                       Facsimile:    (786) 664-3334
                                       jared@beckandlee.com
                                       elizabeth@beckandlee.com
                                       beverly@beckandlee.com

                                       CULLIN O'BRIEN LAW, P.A.
                                       CULLIN O'BRIEN
                                       6541 NE 21st Way
                                       Fort Lauderdale, Florida 33308
                                       Telephone:    (561) 676-6370
                                       Facsimile:    (561) 320-0285
                                       cullin@cullinobrienlaw.com

                                       ANTONINO G. HERNANDEZ P.A.
                                       ANTONINO G. HERNANDEZ
                                       4 SE 1st Street, 2nd Floor
                                       Miami, Florida 33131
                                       Telephone:    (305) 282-3698
                                       Facsimile:    (786) 513-7748
                                       Hern8491@bellsouth.net

                                       Counsel for Plaintiffs and the Proposed Classes

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 1st of June 2017.

By: <u>    /s/ Elizabeth Lee Beck        </u>
Elizabeth Lee Beck

## Elizabeth Lee Beck

| | |
|---|---|
| **From:** | Elizabeth Lee Beck [elizabeth@beckandlee.com] |
| **Sent:** | Thursday, June 01, 2017 6:17 PM |
| **To:** | 'Elias, Marc (Perkins Coie)'; 'Wilson, Graham M. (Perkins Coie)'; 'Gregg D. Thomas'; 'Louijeune, Ruthzee (Perkins Coie)'; 'Winovich, John E. (Perkins Coie)'; 'Spiva, Bruce V. (Perkins Coie)'; 'Kimberly Diaz'; 'Cullin O'Brien'; 'Frost, Elisabeth C. (Perkins Coie)'; 'mcaramanica@tlolawfirm.com' |
| **Cc:** | 'hern8491@bellsouth.net'; 'cullin@cullinobrienlaw.com'; 'beverly@beckandlee.com'; 'Jared H. Beck' |
| **Subject:** | Wilding vs. DNC - unsolicited direct contact by your client Debbie Wasserman Schultz |
| **Attachments:** | 20170601_172349-1.jpg; Screenshot_2017-06-01-18-10-06 (1).png |

Defense counsel:

At 4:54 p.m. today, an individual called our law office from "305-936-5724."  See attached photo of the caller I.D.

The caller refused to identify himself/herself, but asked my secretary about the *Wilding et al. v. DNC et al.* lawsuit.  My secretary stated that it sounded like the caller was using a voice changer, because the voice sounded robotic and genderless -- along the lines of the voice changers used when television show interviews are kept anonymous.  The caller concluded with "Okey dokey," after my secretary gave the caller public information about the case.

After the call ended, a simple Google search of the phone number "305-936-5724" shows that it is the phone number for Congresswoman Debbie Wasserman Schultz' Aventura office, https://wassermanschultz.house.gov/contact/.  See attached screenshot.

What just occurred is highly irregular and we will be filing the instant e-mail with the court forthwith.

Regards,


************

ELIZABETH LEE BECK, ESQ. | Beck & Lee Trial Lawyers
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186

305-234-2060 Office | 305-968-3426 Cell | 786-206-2447 Direct Fax
elizabeth@beckandlee.com | www.beckandlee.com

===================================================
The information contained in this e-mail message is confidential, may be
attorney privileged, and is intended only for the use of the individual(s)
named above.  If you are not the intended recipient, you are hereby notified
that any dissemination, distribution or copy of this communication is strictly
prohibited.  If you have received this communication in error, please contact

the sender by reply e-mail and destroy all copies of the original message.
=======================================================







"305-936-5724"

ALL  MAPS  SHOPPING  IMAGES  VIDEOS

**Contact Me - Congresswoman Debbie Wasserman Schultz : Contact**

House.gov › wassermanschultz › contact

Fax: 954-845-0396. Aventura Office. 19200 West Country Club Drive. Aventura, FL 33180. Phone: 305-936-5724. Fax: 305-932-9664 ...

You visited this page on 6/1/17.

**Congresswoman Debbie Wasserman Schultz : My Office Locations**

House.gov › wassermanschultz › my-offi...

Fax: 954-845-0396. Aventura Office. 19200 West Country Club Drive. Aventura, FL 33180. Phone: 305-936-5724. Fax: 305-932-9664 ...

**Congresswoman Debbie Wasserman**