**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:16-CV-61511-WJZ

| | |
|---|---|
| CAROL WILDING, et al.,  Plaintiffs,  v.  DNC SERVICES CORP., d/b/a DEMOCRATIC NATIONAL COMMITTEE, et al.,  Defendants. | |

**DEFENDANTS' REPLY TO PLAINTIFFS' JUNE 1, 2017 NOTICE**

Defendants respectfully submit this filing in response to Plaintiffs' "Notice," (ECF No. 55) describing a phone call that their counsel, Elizabeth Lee Beck, advises their secretary received, in which a caller purportedly asked for and received public information about this litigation. *See* Ex. to Notice at 1. Ms. Beck states that the caller ID indicated the phone call came from a number associated with the Aventura field office of Congresswoman Debbie Wasserman-Schultz. *See id*. However, after investigation, it does not appear that the call did in fact originate with that office.

Defense counsel first learned of this call by way of the email from Ms. Beck, attached to the Notice filed by Plaintiffs, sent at 6:17 p.m. last night. *See id*.[1] Immediately upon receipt of Ms. Beck's email, defense counsel contacted a client representative, who has inquired and confirmed that no one on Congresswoman Wasserman-Schultz's staff, including the Congresswoman herself, has any knowledge of any such call being made, nor was any such call authorized. Further, it is highly unlikely that the call did in fact originate with that office, as no one is currently working in the office associated with the subject number—nor has anyone been working there for several months—due to ongoing repairs.

---

[1] Less than an hour later, Defendants received notification, via the ECF filing system, that Ms. Beck had filed Plaintiffs' Notice with the Court.

Defendants are very concerned that this was a "spoofing" incident, whereby a caller unaffiliated with the Congresswoman or her office, used one of any number of means to place a call that would appear, on the recipient's caller ID, to be coming from that office. Given that the matter involves congressional phone lines, the incident has been reported to Capitol Police.

Dated:  June 2, 2017

Respectfully submitted,

*s/ Gregg D. Thomas*
Gregg D. Thomas
Florida Bar No. 223913
Mark R. Caramanica
Florida Bar No. 110581
THOMAS & LOCICERO PL
601 South Boulevard P.O. Box 2602 (33601)
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com
mcaramanica@tlolawfirm.com

*s/ Elisabeth C. Frost*
Marc E. Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Graham Wilson (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
Ruthzee Louijeune (admitted *pro hac vice*)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
bspiva@perkinscoie.com
gwilson@perkinscoie.com
efrost@perkinscoie.com
rlouijeune@perkinscoie.com

*Attorneys for Defendants*

_____
## CERTIFICATE OF SERVICE
_____

      I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's Reply to Plantiffs' June 1, 2017 Notice was served by CM/ECF on June 2, 2017 on all counsel or parties of record on the service list.

                                                    *s/ Gregg D. Thomas*
                                                           Attorney

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:16-CV-61511-WJZ

| | |
|---|---|
| CAROL WILDING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DNC SERVICES CORP., d/b/a DEMOCRATIC NATIONAL COMMITTEE, et al., <br><br> Defendants. | |

## SERVICE LIST

Jared H. Beck
Elizabeth Lee Beck
Email: jared@beckandlee.com
Email: elizabeth@beckandlee.com
BECK & LEE TRIAL LAWYERS
12485 SW 137th Ave., Suite 205
Miami, FL 33186
Tel: 305-234-2060
Fax: 786-664-3334

Antonio Gabriel Hernandez
Email: hern8491@bellsouth.net
ANTONIO G. HERNANDEZ P.A.
4 SouthEast 1st Street, 2nd Floor
Miami, FL 33131
Tel: 305-282-3698
Fax: 786-513-7748

Cullin Avram O'Brien
Email: cullin@cullinobrienlaw.com
CULLIN O'BRIEN LAW, P.A.
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: 561-676-6370
Fax: 561-320-0285