UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-CV-61511-WJZ

CAROL WILDING, et al.,

    Plaintiffs,

  v.

DNC SERVICES CORP., d/b/a
DEMOCRATIC NATIONAL COMMITTEE, et al.,

    Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ORDER OF PROTECTION AND REQUEST FOR HEARING**

    Defendants respectfully submit this filing in response to Plaintiffs' Motion for Order of Protection and Request for Hearing. (ECF No. 57). Defendants take no position on whether the Court should grant Plaintiffs' motion. To the extent that Plaintiffs seek to imply that the Defendants had some role in any of the incidents listed in their motion or had any other inappropriate contact with or harassment of anyone in any way involved with this case, Defendants wish to make it clear that such an implication is patently false.

    Defendants oppose Plaintiffs' request for a hearing given the lack of opposition. If the Court grants Plaintiffs' request for a hearing, Defendants respectfully request that defense counsel be permitted to appear telephonically.

Dated:  June 14, 2017                       Respectfully submitted,

                                                *s/ Gregg D. Thomas*
                                                Gregg D. Thomas
                                                Florida Bar No.: 223913
                                                601 South Boulevard P.O. Box 2602 (33601)
                                                Tampa, FL 33606
                                                Telephone: (813) 984-3060
                                                Facsimile: (813) 984-3070
                                                gthomas@tlolawfirm.com

*s/ Elisabeth C. Frost*
Marc E. Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Graham Wilson (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
Ruthzee Louijeune (admitted *pro hac vice*)
PERKINS COIE LLP
700 13th Street, N.W. , Suite 600
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
bspiva@perkinscoie.com
gwilson@perkinscoie.com
efrost@perkinscoie.com
rlouijeune@perkinscoie.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Reply to Plaintiffs' Motion for Order of Protection and Request for Hearing was served by CM/ECF on June 14, 2017 on all counsel or parties of record on the service list.

                                          *s/ Gregg D. Thomas*
                                                Attorney

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:16-CV-61511-WJZ

CAROL WILDING, et al.,

    Plaintiffs,

v.

DNC SERVICES CORP., d/b/a
DEMOCRATIC NATIONAL COMMITTEE,
et al.,

    Defendants.

### SERVICE LIST

Jared H. Beck
Elizabeth Lee Beck
Email: jared@beckandlee.com
Email: elizabeth@beckandlee.com
BECK & LEE TRIAL LAWYERS
12485 SW 137th Ave., Suite 205
Miami, FL 33186
Tel: 305-234-2060
Fax: 786-664-3334

Antonio Gabriel Hernandez
Email: hern8491@bellsouth.net
ANTONIO G. HERNANDEZ P.A.
4 SouthEast 1st Street, 2nd Floor
Miami, FL 33131
Tel: 305-282-3698
Fax: 786-513-7748

Cullin Avram O'Brien
Email: cullin@cullinobrienlaw.com
CULLIN O'BRIEN LAW, P.A.
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: 561-676-6370
Fax: 561-320-0285