UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61511-CIV-ZLOCH

CAROL WILDING, et al.,

    Plaintiffs,

vs.                                  **O R D E R**

DNC SERVICES CORP., and DEBORAH
WASSERMAN SCHULTZ,

    Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiffs' Motion For Order Of Protection And Request For Hearing (DE 57) and Defendant's Response To Plaintiffs' Motion For Order Of Protection And Request For Hearing (DE 58).  The Court has carefully reviewed said Motion and Response, the entire court file and is otherwise fully advised in the premises.

    By the instant Motion (DE 57), Plaintiffs and their counsel raise concerns with the Court regarding their safety following circumstances of what they allege to be mischievous conduct. Plaintiffs request Court-ordered security to be provided by the United States Marshals Service "for themselves, their families, their counsel and counsel's employees, their counsel's and employees' families, and potential witnesses in this case." DE 57, at 5.  The Court notes that there are one hundred fifty plaintiffs in this case, who reside in forty-six jurisdictions, represented by five counsel of record.  The undertaking Plaintiffs request would

1

in all likelihood require the entire United States Marshals Service to direct all of its efforts and attention to this specific case and perform none of the numerous other duties assigned to that Service nationwide.  While the Court is sensitive to Plaintiffs' current allegations and concerns, they have failed to make the appropriate showing required for any Court-ordered protection.

For their part, Defendants deny any role in the incidents described in Plaintiffs' Motion (DE 57).  To the extent that Plaintiffs' Motion (DE 57) attempts to create some untoward innuendo otherwise, the Court notes that Plaintiffs' Motion (DE 57) contains absolutely no factual nexus between Defendants and the conduct set forth in Plaintiffs' Motion (DE 57).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion For Order Of Protection And Request For Hearing (DE 57) be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15th___ day of June, 2017.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record