## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CAROL WILDING, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>DNC SERVICES CORP., d/b/a<br>DEMOCRATIC NATIONAL COMMITTEE,<br>et al.,<br>    Defendants. | **Case No. 0:16-CV-61511-WJZ** |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Ruthzee Louijeune of Perkins Coie LLP, hereby moves the Court for leave to withdraw as counsel for Defendant DNC Services Corp, d/b/a Democratic National Committee and Deborah Wasserman Schultz pursuant to L.R. 11.1(d)(3). Ms. Louijeune will be leaving Perkins Coie LLP as of February 8, 2019 therefore will no longer be counsel for Defendants. Defendants will continue to be represented by remaining counsel at Perkins Coie LLP. A copy of the Notice of Intent to Seek Leave of Court to Withdraw as Counsel is attached as Exhibit A and has been served on counsel for Plaintiffs.

Counsel hereby certifies that pursuant to L.R. 7.1(a)(3), they have conferred with opposing counsel in writing and opposing counsel takes no position on this motion.

Dated: February 8, 2019          Respectfully submitted,

*s/ Gregg Thomas*
Gregg D. Thomas
Florida Bar No.: 223913
601 South Boulevard P.O. Box 2602 (33601)
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com

Marc E. Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Graham Wilson (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
Ruthzee Louijeune (admitted *pro hac vice*)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, DC 20005
Telephone: 202-654-6200
Facsimile: 202-654-6211
melias@perkinscoie.com
bspiva@perkinscoie.com
gwilson@perkinscoie.com
efrost@perkinscoie.com
rlouijeune@perkinscoie.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CAROL WILDING, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>DNC SERVICES CORP., d/b/a<br>DEMOCRATIC NATIONAL COMMITTEE,<br>et al.,<br>    Defendants. | **Case No. 0:16-CV-61511-WJZ** |

## NOTICE OF INTENT TO SEEK LEAVE OF COURT TO
## WITHDRAW AS COUNSEL

Pursuant to L.R. 11.1(d)(3), Ruthzee Louijeune of Perkins Coie LLP, hereby gives notice of her intent to seek leave of Court to withdraw as counsel for Defendant DNC Services Corp, d/b/a Democratic National Committee and Deborah Wasserman Schultz. Ms. Louijeune will be leaving Perkins Coie LLP as of February 8, 2019 and therefore will no longer be counsel for Defendants. Defendants will continue to be represented by remaining counsel at Perkins Coie LLP.

Counsel hereby certifies that pursuant to L.R. 7.1(a)(3), they have conferred with opposing counsel in writing and opposing counsel takes no position on this motion.

Dated: February 8, 2019							Respectfully submitted,

*s/ Gregg Thomas*
Gregg D. Thomas
Florida Bar No.: 223913
601 South Boulevard P.O. Box 2602 (33601)
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com

Marc E. Elias (admitted *pro hac vice*)
Graham Wilson (admitted *pro hac vice*)
Bruce Spiva (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
Ruthzee Louijeune (admitted *pro hac vice*)
PERKINS COIE LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
gwilson@perkinscoie.com
bspiva@perkinscoie.com
efrost@perkinscoie.com
rlouijeune@perkinscoie.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CAROL WILDING, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>DNC SERVICES CORP., d/b/a<br>DEMOCRATIC NATIONAL COMMITTEE,<br>et al.,<br>    Defendants. | **Case No. 0:16-CV-61511-WJZ** |

### [PROPOSED] ORDER

Pending before the Court if the Motion of Ruthzee Louijeune of Perkins Coie LLP to withdraw as counsel for Defendant DNC Services Corp, d/b/a Democratic National Committee and Deborah Wasserman Schultz. The court has reviewed the Motion and **IT IS HEREBY ORDERED** that:

1. The Motion to Withdraw is **GRANTED**.

2. Ruthzee Louijeune of Perkins Coie LLP is hereby withdrawn as counsel for Defendant DNC Services Corp, d/b/a Democratic National Committee and Deborah Wasserman Schultz.

Signed this ____ day of _____, 2019.

                                                                               _____
                                                                               United States District Court Judge