UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-61511-CIV-ZLOCH

CAROL WILDING, et al.,

      Plaintiffs,

vs.                                              **O R D E R**

DNC SERVICES CORP., d/b/a
DEMOCRATIC NATIONAL COMMITTEE,
and DEBORAH WASSERMAN SCHULTZ,

      Defendants.
_____/

THIS MATTER is before the Court upon the Motion For Leave To Withdraw As Counsel (DE 72) filed herein by Defendants' counsel, Ruthzee Louijeune, Esq.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

In the instant Motion (DE 72), Ruthzee Louijeune, Esq., seeks leave to withdraw as counsel for Defendants DNC Services Corporation and Deborah Wasserman Schultz (hereinafter "Defendants"), because she is no longer affiliated with or employed by Perkins Coie, LLP, the firm which will continue to represent Defendants in the above-styled cause along with Thomas & LoCicero, PL.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Motion For Leave To Withdraw As Counsel (DE 72) filed herein by Defendants' counsel, Ruthzee Louijeune, Esq., be and the same is hereby **GRANTED** as follows:

1. Ruthzee Louijeune, Esq., is hereby relieved of all further responsibility in the representation of Defendants; and

2. As of the date of this Order, all future pleadings filed in the above-styled cause shall be served upon Defendants' remaining counsel, Bruce V. Spiva, Esq., Elisabeth C. Frost, Esq., Graham Wilson, Esq., Marc E. Elias, Esq., also of Perkins Coie, LLP, and Gregg Darrow Thomas, Esq., and Mark Richard Caramanica, Esq., both of Thomas & LoCicero, PL.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this __19th__ day of February, 2019.

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record

2